UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROBERT KOTERA,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>Defendant. | Case No. 18-cv-00297-SK<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE**<br><br>Regarding Docket Nos. 18, 19 |

On January 12, 2018, Plaintiff filed a complaint appealing the denial of social security benefits. Defendant filed an answer on April 23, 2018. Pursuant to the Scheduling Order filed on January 16, 2018, Plaintiff's motion for summary judgment as due within twenty-eight days of Defendant's answer. (Dkt. 6.) Plaintiff, however, failed to file his motion for summary judgment. It came to the Court's attention that Plaintiff's counsel, Kenneth Collins, had passed away. Accordingly, the Court issued an order directing Plaintiff to file a notice of intent to proceed *pro se* or substitute in new counsel by October 1, 2018. (Dkt. 19.) The Court admonished Plaintiff that if he failed to notice of intent to proceed *pro se* or substitute in new counsel, the Court would dismiss this action without prejudice. The Order was served on Plaintiff at his address contained in the Certified Administrative Record. To date, Plaintiff has not responded to the Order or communicated with the Court in any way. Therefore, the Court HEREBY DISMISSES this action without prejudice for failure to prosecute. *See* Fed. R. Civ. Pro. 41(b).

**IT IS SO ORDERED**.

Dated: January 11, 2019

_____
SALLIE KIM
United States Magistrate Judge